IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TYRONE ADAM WILLIAMSON,

        Plaintiff,                     No.  03:14-cv-00590-AC

     v.

KAISER PERMANENTE and DAVID
SUNGEYUN CHO,                      ORDER

        Defendants.

HERNANDEZ, District Judge:

        Magistrate Judge Acosta issued a Findings and Recommendation (#34) on December 1, 2014, in which he recommends that this Court dismiss the action with prejudice for failure to prosecute.  The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

        Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*.  United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate

1 - ORDER

Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Acosta's Findings & Recommendation [34]. Accordingly, this action is dismissed with prejudice. .

IT IS SO ORDERED.

DATED this 5 day of Jan, 2015.

*[signature]*
MARCO A. HERNANDEZ
United States District Judge

2 - ORDER